ATTORNEY'S NAME: Bruno, Frank A 03602
AND ADDRESS: 807 Howard Ave., New Orleans, LA 70113-2585

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2016-06219     DIVISION: B     SECTION: 12

### CRAFT, MICHAEL ET AL

Versus

### BROWN, CLARENCE ET AL

### CITATION

TO: A&L UNDERGROUND INC. A/K/A CIMARRON UNDERGROUND INC.
THROUGH: THEIR AGENT OF SERVICE: CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 23, 2016

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Brandy Mayer, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within Petition for Damages ON A&L UNDERGROUND INC. A/K/A CIMARRON UNDERGROUND INC. THROUGH: THEIR AGENT OF SERVICE: CT CORPORATION SYSTEM Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER    RETURN SERIAL NO.    DEPUTY    PARISH | On this _____ day of _____ served a copy of the within Petition for Damages ON A&L UNDERGROUND INC. A/K/A CIMARRON UNDERGROUND INC. THROUGH: THEIR AGENT OF SERVICE: CT CORPORATION SYSTEM by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing thereto as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said A&L UNDERGROUND INC. A/K/A CIMARRON UNDERGROUND INC. being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

ID: 9409036     Page 1 of 1

EXHIBIT 1

CIVIL DISTRICT COURT IN THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 16 – 6219   DIVISION "B"   SECTION " "

FILED
2016 JUN 21 A 11: 31
CIVIL
DISTRICT COURT

MICHAEL CRAFT, DEMARA CRAFT AND QUANETIA CRAFT ON BEHALF OF DE'AQNJUL ADAMS

VERSUS

CLARENCE BROWN, A&L UNDERGROUND, INC.,
CIMARRON UNDERGROUND, INC and
STARR INDEMNITY AND LIABILTY INSURANCE COMPANY

FILED:_____  DEPUTY CLERK:_____

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Michael Craft, Demara Craft, and Quanetia Davis on behalf of her minor daughter, De'Anjul Adams, persons of the full age of majority and a residing in Orleans Parish, Louisiana, who with respect represents:

I.

Named defendants are:

a.) Clarence Brown, a person of full age of majority and residing in Pensacola Florida;

b.) A&L Underground Inc. A/K/A Cimarron Underground, Inc. is believed to be a foreign company doing business within the jurisdiction of this court.

c.) Starr Indemnity and Liability Insurance Company is believed to be a foreign corporation authorized to do and doing business within the jurisdiction of this court;

II.

Defendants, Clarence Brown, A&L Underground Inc. A/K/A Cimarron Underground, Inc., and Starr Indemnity & Liability Insurance Company are liable unto your petitioners and are truly indebted unto your petitioners, Michael Craft, Demara Craft, and Quanetia Craft on behalf of her minor daughter, De'Anjul Adams, jointly, severally, and in solido for a sum of less than FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS each to be determined by the trier-of-fact, together with legal interest from date of judicial demand and for all costs of these proceedings.

1

III.

On or about July 02, 2015 at 1:45 p.m., plaintiff, Michael Craft was operating his 2000 GMC Seirre bearing Louisiana license plate No. W984085. He was driving on North Robertson Street in Orleans parish, crossing the intersection at Franklin Avenue. Demara Craft his wife and De'Anjul Adams, their granddaughter were passengers in the vehicle. Plaintiff, Michael Craft had the green light and was crossing the intersection when suddenly and without warning he was struck by defendant, Clarence Brown, who was operating a 2006 Ford Truck bearing Florida license plate No. 703TDS, owned by A&L Underground Inc. A/K/A Cimarron Underground, Inc. Mr. Brown ran the red light hitting the plaintiff's vehicle on the front passenger side causing injury to plaintiffs and damage to plaintiff's vehicle.

IV.

Petitioner avers that the accident described herein was caused through no fault of his own, but same was caused by the negligence of defendant, Clarence Brown in the following, but not limited respects:

1. Negligently failing to maintain proper look-out;
2. Negligently maintaining control of his vehicle;
3. Operating his vehicle in a careless and reckless manner;
4. Failure to stop at red light;
5. Any and all other acts and/or omissions constituting negligence on the part of defendant Robert Juneau.

V.

As a result of the accident described herein, petitioner, Michael Craft has sustained the following damages:

a.) Past, present and future lost wages and earning capacity;

b.) Past, present and future medical expenses;

c.) Past, present and future physical pain and suffering;

d.) Past, present and future mental pain and anguish; and,

e.) Any and all other damages or injuries to be proven at trial of this matter.

f.) Loss of consortion of his wife Demara Craft

g.) Property damage to his vehicle.

VI.

As a result of the accident described herein, petitioner, Demara Craft has sustained the following damages:

a.) Past, present and future lost wages and earning capacity;

2

b.) Past, present and future medical expenses;

c.) Past, present and future physical pain and suffering;

d.) Past, present and future mental pain and anguish; and,

e.) Loss of consortion of her husband, Michael Craft

f.) Any and all other damages or injuries to be proven at trial of this matter.

## VII.

As a result of the accident described herein, petitioner, De'Anjul Adams has sustained the following damages:

a.) Past, present and future medical expenses;

b.) Past, present and future physical pain and suffering;

c.) Past, present and future mental pain and anguish; and,

d.) Any and all other damages or injuries to be proven at trial of this matter.

## VIII.

At the time of the accident, defendant Clarence Brown was in the course and scope of his employment with A&L Underground Inc. A/K/A Cimarron Underground, Inc. making them vicariously liable for the damages of the plaintiff.

## IX.

At all times material herein, there existed a policy of liability coverage between A&L Underground Inc. A/K/A Cimarron Underground, Inc. and Starr Indemnity & Liability Insurance Company, under the terms of which, said policy provides that defendant, Starr Indemnity & Liability Insurance Company, agrees to pay for any damage sustained by petitioners due to the fault of the defendants, Clarence Brown and A&L Underground Inc. A/K/A Cimarron Underground, Inc.

## XI.

Petitioner avers amicable demand, but to no avail.

WHEREFORE, petitioners prays that a copy of the above and foregoing petition be duly served upon defendants, and that they be cited to appear and answer same, and after all due proceedings had, and all legal delays, there be judgment herein in favor of petitioners, Michael Craft, Demara Craft, and Quanetia Craft, on behalf of her minor daughter, De'Anjul Adams and against defendants, Clarence Brown, A&L Underground Inc. A/K/A Cimarron Underground, Inc., and Starr Indemnity & Liability Insurance Company together with all

3

costs of these proceedings and legal interest from the date of judicial demand, and any and all other general and equitable relief that the Court deems fit and proper to grant under the premises.

RESPECTFULLY SUBMITTED:

_____
FRANK A. BRUNO, Bar Roll #3602
807 Howard Avenue
New Orleans, Louisiana 70113
Phone: (504) 523-3593
Fax: (504) 523-4161
Attorney for petitioners

PLEASE SERVE:

Clarence Brown
8800 Pine Forest Apt 230
Pensacoula, Florida 32534

A&L Underground Inc.
A/K/A Cimarron Underground, Inc.
Through their agent of service:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

Starr Indemnity and Liability Company
Through their agent of service:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

4

# AFFIDAVIT

FILED
2016 JUN 21  A 11: 31
CIVIL
DISTRICT COURT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

## FRANK A. BRUNO

who, after being by me first duly sworn, did depose and say:

That he is the attorney for Michael Craft, Demara Craft, and Quanetia Craft, on behalf of De'Anjul Adams the plaintiffs in the foregoing Petition For Damages;

That he has read the foregoing petition; and that all of the facts and allegations contained therein are true and correct to the best of his knowledge, information and belief.

_____
FRANK A. BRUNO

SWORN TO AND SUBSCRIBED BEFORE
ME THIS ___ DAY OF June, 2016.

_____
NOTARY PUBLIC

Edward A. Dosskey, Attorney at Law
LA Bar I.D. No. 30893
LA Notary I.D. No. 88202
Commission expires at death

5