UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL CRAFT ET AL. | CIVIL ACTION |
| VERSUS | NO. 16-13546 |
| CLARENCE BROWN ET AL. | SECTION "I" (2) |

## ORDER

Upon being advised by counsel for plaintiffs that this matter has been resolved and that counsel has advised Judge Africk that the parties are ready for a 90-day order of dismissal, IT IS ORDERED that the Settlement Conference set in this case on March 15, 2017 at 2:00 p.m. before me, Record Doc. No. 5, is CANCELLED.

New Orleans, Louisiana, this __14th__ day of March, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. LANCE M. AFRICK**